# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 17, 2002

Before

Hon. RICHARD A. POSNER, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

Hon. TERENCE T. EVANS, Circuit Judge

| | | |
|---|---|---|
| ZAPATA HERMANOS SUCESORES, S.A., Plaintiff-Appellee, | ] | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| Nos. 01-3402, 02-1867, and 02-1915        v. | ] | No. 99 C 4040 |
| HEARTHSIDE BAKING COMPANY, INCORPORATED, doing business as MAURICE LENELL COOKY COMPANY, Defendant-Appellant. | ] | Milton I. Shadur, Judge. |

Upon consideration of the APPELLEE'S MOTION FOR CORRECTION AND CLARIFICATION OF OPINION, filed on December 3, 2002, by counsel for the appellee,

IT IS ORDERED that:

On page 9 of the slip opinion, in the fourth line of the first full paragraph, "Zapata" is changed to "Lenell".

In the last line of the opinion, "Reversed and Remanded" is changed to "Affirmed in Part, Reversed in Part, and Remanded."